Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  13−22607−ABA
        Chapter:  7
        Judge:  Andrew B. Altenburg Jr.
        Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James A Buck
  317 Holly Ave
  Woodbury Heights, NJ 08097

Social Security No.:
  xxx−xx−4662

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after August 26, 2016 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: July 27, 2016
JJW: kaj

                                                      James J. Waldron
                                                      Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 13-22607-ABA
James A Buck                                                    Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                Page 1 of 1             Date Rcvd: Jul 27, 2016
                              Form ID: clsnodsc          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
db            +James A Buck,    317 Holly Ave,    Woodbury Heights, NJ 08097-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: jdmarchand@comcast.net Jul 27 2016 23:24:59      Joseph Marchand, Esq.,
               117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2016 23:24:05      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2016 23:24:02      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
              Carrie J. Boyle    on behalf of Debtor James A Buck cboyle@mpadlaw.com,
               cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com;
               kshaffer@marcuslaw.net
              Charles G. Wohlrab    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               CERTIFICATE HOLDERS OF BANK OF AMERICA FUNDING CORPORATION 2009-FT1 TRUST, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2009-FT1 cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp
               nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph   Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Peter A. Ragone    on behalf of Creditor    Banco Popular North America pragone@rnrlawgroup.com,
               info@rnrlawgroup.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Thomas G. Egner    on behalf of Debtor James A Buck tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
              William  Mackin    on behalf of Creditor Carol  Buck wmackin@shermansilverstein.com,
               ign@shermansilverstein.com
                                                                                              TOTAL: 12
```