Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 13–22607–ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.
Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James A Buck
  317 Holly Ave
  Woodbury Heights, NJ 08097

Social Security No.:
  xxx–xx–4662

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 15, 2016</u>        <u>Andrew B. Altenburg Jr.</u>
                                     <u>Andrew B. Altenburg Jr.</u>
                                     Judge, United States Bankruptcy Court