UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 9, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br>James A Buck | Case No.: 13-22607 |
| | Hearing Date: |
| | Judge: ABA |
| | Chapter: 7 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 9, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged

- ❏ Adversary Proceeding number _____ is pending

- ☒ Other: Closed Prematurely_____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
James A Buck  
    Debtor

Case No. 13-22607-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 09, 2016  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2016.
db           +James A Buck,    317 Holly Ave,    Woodbury Heights, NJ 08097-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2016 at the address(es) listed below:
           Carrie J. Boyle     on behalf of Debtor James A Buck cboyle@mpadlaw.com,
            cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com;
            kshaffer@marcuslaw.net
           Charles G. Wohlrab     on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
            CERTIFICATE HOLDERS OF BANK OF AMERICA FUNDING CORPORATION 2009-FT1 TRUST, MORTGAGE PASS-THROUGH
            CERTIFICATES, SERIES 2009-FT1 cwohlrab@logs.com,    njbankruptcynotifications@logs.com
           Francesca Ann Arcure     on behalf of Creditor    Toyota Motor Credit Corp
            nj_ecf_notices@buckleymadole.com
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           Isabel C. Balboa (NA)     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
           Joseph Marchand     on behalf of Trustee Joseph Marchand jdmarchand@comcast.net,
            jmarchand@comcast.net
           Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
           Joshua I. Goldman     on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Peter A. Ragone     on behalf of Creditor    Banco Popular North America pragone@rnrlawgroup.com,
            info@rnrlawgroup.com
           Raymond H. Shockley, Jr.     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
           Thomas G. Egner     on behalf of Debtor James A Buck tegner@mpadlaw.com,
            kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
           William Mackin     on behalf of Creditor Carol Buck wmackin@shermansilverstein.com,
            ign@shermansilverstein.com
                                                                                       TOTAL: 12