UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.:    13-22607/ABA |
| James Buck | Chapter:    7 |
| | Judge:    Andrew B. Altenburg, Jr. |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Joseph D. Marchand, Esquire, Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:**    Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on November 8, 2016 at 10:00  a.m. at the United States Bankruptcy Court, courtroom no. 4B, 400 Cooper Street, 4th Floor, Camden, NJ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:  The Trustee proposes to settle with Carol A. Buck in an Adversary Proceeding captioned Joseph D. Marchand, Trustee v. Carol A. Buck, Adv. No. 16-01694/ABA, in lieu of the Trustee pursuing the Complaint that was filed under 11 U.S.C. Section 363 (b), (c), (f) and/or (h) Complaint to sell jointly owned real estate at 1913 Lillian Drive, Williamstown, NJ, parties have decided to settle as stated below.**

 **Pertinent terms of settlement:**    Trustee is empowered under 11 U.S.C. Section 363(b), (c), and (f), and 11 U.S.C. Section 363(h), to sell the jointly owned real estate free and clear of all liens and interest of the co-owner, with valid proven liens to attach to the sale.  Trustee will solely execute any and all documents to effectuate the sale.

The real estate shall be listed at $199,000.00 with any reduction to be made by the Trustee after conferring with the Co-owner, but shall be governed by and subject to the Trustee's business judgment. Property to be sold "As Is".

The real estate shall be listed with Weichert Realtors-Medford, NJ, Carlo Vitulano, Agent.

The division of funds from any sale is outlined in the filed Stipulation of Settlement.

Additional terms with reference to the accounting of funds to be provided by the Defendants, access to property, and disbursements to be made from any successful settlement, are contained in the filed Stipulation of Settlement executed by the parties.

Settlement is subject to there being no successful objection to the Notice of Settlement of Controversy filed by the Trustee and noticed by the Clerk's Office. Any dispute to be resolved by the United States Bankruptcy Court, Camden Vicinage, where this bankruptcy is currently docketed.

The Trustee reserves the right to abandon the real estate if for some reason it is not economically feasible to market same. This Settlement Agreement would then be null and void since the property would no longer be property of the Bankruptcy Estate.

Trustee and Attorney for Trustee reserve all rights under Section 506(c) to make application for costs, expenses, and fees.

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Joseph D. Marchand, Esquire, Trustee

Address:    117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302

Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 13-22607-ABA
James A Buck                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Oct 12, 2016
                              Form ID: pdf905          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
```
db            +James A Buck,    317 Holly Ave,    Woodbury Heights, NJ 08097-1116
cr            +Banco Popular North America,    9600 W. Bryn Mawr,    Rosemont, IL 60018-5221
cr            +Carol Buck,    13 Turtle Creek Drive,    Mullica Hill, NJ 08062-2808
cr            +Toyota Motor Credit Corp,    c/o Buckley Madole PC,    99 Wood Ave South #803,
                Iselin, NJ 08830-2713
r             +Weichert Realtors - Medford,    107 Taunton Road,    Medford, NJ 08055-3475
514163153      Allied Interstate,    PO Box 631474,    Columbus, OH 43236
513991075      American Express,    PO Box 1270,    Newark, NJ 07101-1270
514245252      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
513991076     +BAC Home Loans,    450 American Street,    #SV416,    Simi Valley, CA 93065-6285
513991077     +Banco Popular North America,    9600 W. Bryn Mawr,    Des Plaines, IL 60018-5221
516113060      ERC/T-Mobile,    PO BOX 23870,    Jacksonville FL 32241-3870
514163152     +Emergency Care Services of NJ,    c/o HRRG,    PO Box 5406,    Cincinnati OH 45273-0001
516201802    ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
              (address filed with court:  Focus Receivables Management, LLC,    1130 Northchase Pkwy,
                Marletta, GA 30067)
513991079     +Gloucester County Surigical,    163 Bridgeton Pike,    Mullica Hill, NJ 08062-2669
516182537     +MRS Associates,    1930 Olney,    Cherry Hill, NJ 08003-2016
513991080     +Meadowview Landscaping, LLC,    c/o Ronald MacFarland, Esq.,    1778 Route 47,    PO Box 542,
                Woodbine, NJ 08270-0542
514163148    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  NationStar Mortgage,    PO Box 630267,    Irving, TX 75063)
514273500     +Popular Community Bank f/k/a Banco Popular,    Rosner Nocera and Ragone LLP,    61 Broadway,
                Suite 1900,    New York NY 10006-2706
514163151      Rosner Nocera & Ragone, LLP,    61 Broadway,    Ste. 1900,    New York, NY 10006-2706
514200476    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516200324      SureRecovery PO Box 818,Jackson,NJ08527-0818.,    Focus 1130 Northchase Pkwy,Marietta, GA
514163150    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit Corporation,    PO Box 8026,
                Cedar Rapids IA 52408)
514016101      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
513991082      Wells Fargo Bank,    PO Box 5058,    MAC: P6053-021,    Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           +E-mail/Text: jdmarchand@comcast.net Oct 12 2016 23:15:05      Joseph Marchand, Esq.,
                117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 12 2016 23:14:24      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 12 2016 23:14:21      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516112844      E-mail/Text: clientrep@capitalcollects.com Oct 12 2016 23:15:10      Capitol Collections,
                PO BOX 150,    West Berlin, NJ 08091-0150
513991078      E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2016 23:05:47      GE Capital,    PO Box 960061,
                Orlando, FL 32896-0061
514163149     +E-mail/Text: bankruptcy@td.com Oct 12 2016 23:14:26      TD Bank, NA,    Operations Center,
                PO Box 1377,    Lewiston ME 04243-1377
                                                                                              TOTAL: 6
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516264985*     American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
513991081*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                PO Box 245,    Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 12, 2016
                              Form ID: pdf905          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2016 at the address(es) listed below:
              Carrie J. Boyle    on behalf of Debtor James A Buck cboyle@mpadlaw.com,
               cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com;
               kshaffer@marcuslaw.net
              Charles G. Wohlrab    on behalf of Creditor   U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               CERTIFICATE HOLDERS OF BANK OF AMERICA FUNDING CORPORATION 2009-FT1 TRUST, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2009-FT1 cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Francesca Ann Arcure    on behalf of Creditor   Toyota Motor Credit Corp
               nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph  Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Peter A. Ragone    on behalf of Creditor    Banco Popular North America pragone@rnrlawgroup.com,
               info@rnrlawgroup.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Thomas G. Egner    on behalf of Debtor James A Buck tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
              William  Mackin    on behalf of Creditor Carol  Buck wmackin@shermansilverstein.com,
               ign@shermansilverstein.com
                                                                                             TOTAL: 13
```