UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 13-22607/ABA |
|---|---|---|
| James A. Buck | Chapter: | 7 |
| | Judge: | Andrew B. Altenburg, Jr. |

AMENDED

**NOTICE OF PROPOSED PRIVATE SALE**

Joseph D. Marchand, Trustee, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court |
|---|---|
| | U.S. Post Office & Court House |
| | P.O. Box 2067 – 401 Market Street |
| | Camden, NJ 08101-2067 |

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on February 28, 2017 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4B, 400 Cooper Street, 4th Floor, Camden, NJ. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 13 Turtle Creek Drive |
|---|---|
| | Mullica Hill, NJ |
| | (Debtor has 50% interest in real estate |

Terms:

    Private Sale to be "free-and-clear" of all liens, with valid proven liens to attach to the proceeds of sale to the extent available, but not to the real estate.

    From the proceeds of Sale, the Trustee shall pay all valid liens as determined by the Trustee in order of their priority. If there are insufficient funds to pay a valid lien holder in full, to the extent that there are insufficient proceeds, said lien holder shall then become an Unsecured Creditor of the debtor(s) Bankruptcy Estate.

    The real estate is being sold "AS IS" without any warranties, either expressed or implied.

    The Sale is null and void unless the Court enters the Order Approving Sale of Real Estate in which the Trustee's Motion papers are simultaneously being filed with this Notice of Private Sale.

    If the Sale is approved, the Trustee will supply a Trustee's Deed at Settlement regarding the purchase of the real estate.

    The aforementioned property is owned by Debtor, James A. Buck and non-debtor ex-spouse Carol A. Buck.

Any disputes regarding this Certification are to be resolved by the United States Bankruptcy Court for the District of New Jersey, Camden Vicinage.

The Trustee and Attorney for Trustee reserve all rights under Section 506(c) to make application for costs, expenses and fees.

An unforeseen expense that arose during a home inspection as effectuated by the Purchaser. A report was generated by an Inspector indicating that there were certain problems with the Stucco at the Property that needed to be repaired. The cost for same was $16,950.00. It was agreed in the Addendum (attached to a 2nd Supplemental Certification filed with the Bankruptcy Court) that there would be a credit given to the Purchaser at Settlement in the sum of $16,950.00. In the 2nd Addendum it was agreed that same would be escrowed by the Title Company, who shall disburse pursuant to the Proposal namely 50% upon starting the job and 50% upon completion of the job. .

Trustee offers the following Liquidation Analysis:

| | | | |
|---|---|---|---|
| Contract: | | | $ 410,000.00 |
| Real Estate Broker Fee (6%) | | (-) | $ 24,600.00 |
| Mortgage Pay Offs: | | | |
|     TD Bank(new amount) | | (-) | $ 152,593.49 |
|     Bank of America(new amount) | (-) | | $ 31,700.93 |
| | | | $ 201,105.58 |
| Any Real Estate Taxes outstanding at settlement and other costs of settlement | | | Presently unknown |
| Reimbursed Co-owner's Expenses* (presently the Trustee is aware of the pool closing expense ($200.00) and cost of the new pool liner installed ($2,400.00); additional expenses may be due and owing to be resolved by the Trustee at Settlement) | | (-) | $ 2,600.00 |
| | | | $ 198,505.58 |
| Cost for Stucco work(to be held in escrow by the Title Company) | | (-) | $ 16,950.00 |
| | | | $181,555.58 |
| Divided by 2 | | = | $ 90,777.79 |
| Estimated Trustee Commission | | (-) | $ 18,532.05 |
| Debtor's Exemption | | (-) | $ 22,975.00 |
|     Balance: | | | $ 49,270.74 |

2

The Addendums and Schedule A regarding the Stucco Repairs have been filed with the Court and is available for review.

*Regarding the expenses being reimbursed to Co-owner the situation is fluid, there may be additional items that the Co-owner will need to be reimbursed and documentation will need to be supplied on same to satisfy the Trustee prior to any payment

| |
|---|
| Proposed Purchaser:   Bryant L. Kidd & Rita A. Maglio Kidd, h/w |

| |
|---|
| Sale price:   $410,000.00 |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| |
|---|
| Name of Professional:   Weichert Realtors - Medford |
| Amount to be paid:   $24,600.00 |
| Services rendered:   Real Estate Broker on Sale of Property |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:            /s/ Joseph D. Marchand, Esquire, Trustee

Address:         117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302

Telephone No.: (856) 451-7600

3

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 13-22607-ABA
James A Buck                                                        Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Jan 30, 2017
                               Form ID: pdf905              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db             +James A Buck,    317 Holly Ave,    Woodbury Heights, NJ 08097-1116
cr             +Banco Popular North America,    9600 W. Bryn Mawr,    Rosemont, IL 60018-5209
cr             +Carol Buck,    13 Turtle Creek Drive,    Mullica Hill, NJ 08062-2808
cr             +Toyota Motor Credit Corp,    c/o Buckley Madole PC,    99 Wood Ave South #803,
                 Iselin, NJ 08830-2713
r              +Weichert Realtors - Medford,    107 Taunton Road,    Medford, NJ 08055-3475
514163153       Allied Interstate,    PO Box 631474,    Columbus, OH 43236
513991075       American Express,    PO Box 1270,    Newark, NJ 07101-1270
514245252       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
513991076      +BAC Home Loans,    450 American Street,    #SV416,    Simi Valley, CA 93065-6285
513991077      +Banco Popular North America,    9600 W. Bryn Mawr,    Des Plaines, IL 60018-5209
516113060       ERC/T-Mobile,    PO BOX 23870,    Jacksonville FL 32241-3870
514163152      +Emergency Care Services of NJ,    c/o HRRG,    PO Box 5406,    Cincinnati OH 45273-0001
516201802     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court:  Focus Receivables Management, LLC,    1130 Northchase Pkwy,
                 Marletta, GA 30067)
513991079      +Gloucester County Surigical,    163 Bridgeton Pike,    Mullica Hill, NJ 08062-2669
516182537      +MRS Associates,    1930 Olney,    Cherry Hill, NJ 08003-2016
513991080      +Meadowview Landscaping, LLC,    c/o Ronald MacFarland, Esq.,    1778 Route 47,    PO Box 542,
                 Woodbine, NJ 08270-0542
514163148     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  NationStar Mortgage,    PO Box 630267,    Irving, TX 75063)
514273500      +Popular Community Bank f/k/a Banco Popular,    Rosner Nocera and Ragone LLP,    61 Broadway,
                 Suite 1900,    New York NY 10006-2706
514163151       Rosner Nocera & Ragone, LLP,    61 Broadway,    Ste. 1900,    New York, NY 10006-2706
514200476     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516200324       SureRecovery PO Box 818,Jackson,NJ08527-0818.,    Focus 1130 Northchase Pkwy,Marietta, GA
514163150     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Corporation,    PO Box 8026,
                 Cedar Rapids IA 52408)
514016101       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
513991082       Wells Fargo Bank,    PO Box 5058,    MAC: P6053-021,    Portland, OR 97208-5058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: jdmarchand@comcast.net Jan 31 2017 01:44:13     Joseph Marchand, Esq.,
                 117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 01:43:15     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 01:43:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516112844      +E-mail/Text: clientrep@capitalcollects.com Jan 31 2017 01:44:21     Capitol Collections,
                 PO BOX 150,    West Berlin, NJ 08091-0150
513991078       E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 01:41:26     GE Capital,    PO Box 960061,
                 Orlando, FL 32896-0061
514163149      +E-mail/Text: bankruptcy@td.com Jan 31 2017 01:43:20     TD Bank, NA,    Operations Center,
                 PO Box 1377,    Lewiston ME 04243-1377
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516264985*      American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
513991081*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Jan 30, 2017
                              Form ID: pdf905          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              Carrie J. Boyle    on behalf of Debtor James A Buck cboyle@mpadlaw.com,
               cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               CERTIFICATE HOLDERS OF BANK OF AMERICA FUNDING CORPORATION 2009-FT1 TRUST, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2009-FT1 cwohlrab@logs.com,   njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp
               nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph  Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Peter A. Ragone    on behalf of Creditor    Banco Popular North America pragone@rnrlawgroup.com,
               info@rnrlawgroup.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Thomas G. Egner    on behalf of Debtor James A Buck tegner@mpadlaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
              William  Mackin    on behalf of Creditor Carol  Buck wmackin@shermansilverstein.com,
               ign@shermansilverstein.com
                                                                                              TOTAL: 14
```