UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
(856) 451-7600
Attorney for Chapter 7 Trustee
(JM5998)

Order Filed on February 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James A. Buck

Case No.: 13-22607/ABA

Hearing Date: February 28, 2017

Chapter: 7

Judge: Andrew B. Altenburg

# ORDER AUTHORIZING
# SALE OF REAL PROPERTY

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: February 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____13 Turtle Creek Drive, Mullica Hill,_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The ~~Debtor~~ Trustee is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. ~~The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.~~

3. ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Weichert Realtors-Medford Office |
| Amount to be paid: | $24,600.00 |
| Services rendered: | Real Estate Broker on sale of property |

**OR**: ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $__22,975.00__ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 7 Trustee in the Debtor's case.

7. ~~A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.~~

8. ☐ ~~The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.~~

9. Other provisions:  The Sale is "free-and-clear" of all Liens, with valid proven liens to attach to the proceeds of sale to the extent available, but not to the real estate.
The Real Estate is being sold "as is" without any warranties, either expressed or implied.
The Sale is Contingent on there be no successful Objection being sustained on the Notice of Proposed Private Sale.

*rev.8/1/15*

3