UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
(856) 451-7600
Attorney for Chapter 7 Trustee
(JM5998)

**Order Filed on February 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

James A. Buck

Case No.:        13-22607/ABA

Hearing Date:   February 28, 2017

Chapter:         7

Judge:           Andrew B. Altenburg

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: February 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 13 Turtle Creek Drive, Mullica Hill, _____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The ~~Debtor~~ Trustee is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. ~~The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.~~

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Weichert Realtors-Medford Office |
| Amount to be paid: | $24,600.00 |
| Services rendered: | Real Estate Broker on sale of property |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $ __22,975.00__ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 7 Trustee in the Debtor's case.

7. ~~A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.~~

8. ☐ ~~The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.~~

9. Other provisions:   The Sale is "free-and-clear" of all Liens, with valid proven liens to attach to the proceeds of sale to the extent available, but not to the real estate.
The Real Estate is being sold "as is" without any warranties, either expressed or implied.
The Sale is Contingent on there be no successful Objection being sustained on the Notice of Proposed Private Sale.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
James A Buck  
    Debtor

Case No. 13-22607-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Feb 28, 2017  
                    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.  
db            +James A Buck,    317 Holly Ave,    Woodbury Heights, NJ 08097-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:

           Carrie J. Boyle    on behalf of Debtor James A Buck cboyle@mpadlaw.com,  
           cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com  
           Charles G. Wohlrab    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE  
           CERTIFICATE HOLDERS OF BANK OF AMERICA FUNDING CORPORATION 2009-FT1 TRUST, MORTGAGE PASS-THROUGH  
           CERTIFICATES, SERIES 2009-FT1 cwohlrab@logs.com,    njbankruptcynotifications@logs.com  
           Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
           Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp  
           nj_ecf_notices@buckleymadole.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
           summarymail@standingtrustee.com  
           Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
           Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
           Joseph Marchand    on behalf of Trustee Joseph Marchand jdmarchand@comcast.net,  
           jmarchand@comcast.net  
           Joseph Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,  
           jmarchand@comcast.net  
           Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
           Peter A. Ragone    on behalf of Creditor    Banco Popular North America pragone@rnrlawgroup.com,  
           info@rnrlawgroup.com  
           Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
           Thomas G. Egner    on behalf of Debtor James A Buck tegner@mpadlaw.com,  
           kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com  
           William Mackin    on behalf of Creditor Carol Buck wmackin@shermansilverstein.com,  
           ign@shermansilverstein.com  
                                                                                                       TOTAL: 14