**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
(JM5998) Attorney for Chapter 7 Trustee

Order Filed on May 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James A. Buck

Case No.: __13-22607/ABA__

Judge: __Andrew B. Altenburg__

Chapter: ____7____

Recommended Local Form:  ☒ Followed   ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF __ACCOUNTANT FOR TRUSTEE__

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 17, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re: James A. Buck

Case No.: 13-22607/ABA

Applicant: Joseph D. Marchand

(check all that apply) ☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Giuliano, Miller & Company, LLC

Address of Professional: Berlin Business Park

140 Bradford Drive

West Berlin, NJ 08091

☐ Attorney for (check all that apply):

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☒ Accountant for:

☒ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 13-22607-ABA
James A Buck                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin           Page 1 of 1         Date Rcvd: May 17, 2017
                        Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2017.
db             +James A Buck,    317 Holly Ave,    Woodbury Heights, NJ 08097-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2017 at the address(es) listed below:
        Carrie J. Boyle    on behalf of Debtor James A Buck cboyle@mpadlaw.com, cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
        Charles G. Wohlrab    on behalf of Creditor   U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANK OF AMERICA FUNDING CORPORATION 2009-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2009-FT1 cwohlrab@logs.com,   njbankruptcynotifications@logs.com
        Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor   Toyota Motor Credit Corp nj_ecf_notices@buckleymadole.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Joseph   Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
        Joseph   Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net, jmarchand@comcast.net
        Joseph   Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net, jmarchand@comcast.net
        Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Peter A. Ragone    on behalf of Creditor   Banco Popular North America pragone@rnrlawgroup.com, info@rnrlawgroup.com
        Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Thomas G. Egner    on behalf of Debtor James A Buck tegner@mpadlaw.com, kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
        William   Mackin    on behalf of Creditor Carol  Buck wmackin@shermansilverstein.com, ign@shermansilverstein.com
                                                                                                     TOTAL: 14