UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
(JM5998)

**Order Filed on November 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:                                                     Case No. 13-22607/ABA

James A. Buck,                                             Hearing date: November 7, 2017

Debtor(s).                                                 Judge: Andrew B. Altenburg, Jr.

### ORDER BARRING GOVERNMENTAL CREDITORS AS TO FURTHER ADMINISTRATIVE TAX CLAIMS AGAINST TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 7, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor(s):   James A. Buck
Case No:    13-22607/ABA

Upon consideration of the application by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee for the debtor(s) Bankruptcy Estate as captioned, for an Order Barring Governmental Creditors as to Further Administrative Tax Claims against the Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT**

1. The Trustee, and all professionals employed by the Trustee in connection with this case are relieved of all further obligations, either on behalf of the Estate or personally, to file tax returns, pay taxes or otherwise comply with obligations imposed by the Internal Revenue Service, any state taxing authority made a respondent to this motion, or any state or federal law imposing such obligations.  This shall not in any way affect or modify the Trustee's obligation to make distribution to such taxing authority of funds in the estate pursuant to Code sections 724 & 726, upon any claims previously filed and allowed in this case

2. The United States of America, Internal Revenue Service, and the State of New Jersey, or any other taxing authority made a respondent to the motion are barred from making any further claim or demand against the Trustee or the estate, except for distribution upon allowed claims previously filed by any of them in this Bankruptcy Case, pursuant to Code sections 724 & 726.

3. This Order does not relieve the Debtor or any party other than the Estate, the Trustee, or professionals retained by the Trustee, from any obligation arising under applicable tax laws.