UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on June 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
(JM5998)

In Re:

James A. Buck,

Debtor

Case No. 13-22607/ABA

Hearing date:  June 19, 2018

Judge:  Andrew B. Altenburg, Jr.

### *ORDER EXPUNGING THE CLAIMS OF*
### *TOYOTA MOTOR CREDIT CORPORATION & STATE OF NEW JERSEY*

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: June 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of the application by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee, for James A. Buck, for an Order Expunging the Claims of Toyota Motor Credit Corporation & State of New Jersey, and good cause appearing therefore, it is hereby

**ORDERED THAT** he following claims are **Expunged**:

| | |
|---|---|
| **Claim #1** | Toyota Motor Credit Corporation |
| **Claim #3** | Toyota Motor Credit Corporation |
| **Claim #4** | State of New Jersey, Dept of Treasury, Division of Taxation |

.