UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
(JM5998)

**Order Filed on June 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

James A. Buck,

Debtor

Case No. 13-22607/ABA

Hearing date: June 19, 2018

Judge: Andrew B. Altenburg, Jr.

### *ORDER EXPUNGING THE CLAIMS OF*
### *TOYOTA MOTOR CREDIT CORPORATION & STATE OF NEW JERSEY*

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: June 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of the application by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee, for James A. Buck, for an Order Expunging the Claims of Toyota Motor Credit Corporation & State of New Jersey, and good cause appearing therefore, it is hereby

**ORDERED THAT** he following claims are **Expunged**:

| | |
|---|---|
| **Claim #1** | Toyota Motor Credit Corporation |
| **Claim #3** | Toyota Motor Credit Corporation |
| **Claim #4** | State of New Jersey, Dept of Treasury, Division of Taxation |

.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 13-22607-ABA
James A Buck                                                        Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jun 27, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
db             +James A Buck,    317 Holly Ave,    Woodbury Heights, NJ 08097-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
              Carrie J. Boyle    on behalf of Debtor James A Buck cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net
              Charles G. Wohlrab    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               CERTIFICATE HOLDERS OF BANK OF AMERICA FUNDING CORPORATION 2009-FT1 TRUST, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2009-FT1 cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp
               NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joseph    Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph    Marchand     on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph    Marchand     on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Peter A. Ragone    on behalf of Creditor    Banco Popular North America pragone@rnrlawgroup.com,
               info@rnrlawgroup.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Thomas G. Egner    on behalf of Debtor James A Buck tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
              William Mackin    on behalf of Creditor Carol  Buck wmackin@shermansilverstein.com,
               ign@shermansilverstein.com
                                                                                               TOTAL: 14