Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 13−22607−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.
Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    James A Buck
    317 Holly Ave
    Woodbury Heights, NJ 08097

Social Security No.:
    xxx−xx−4662

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. Andrew B. Altenburg Jr. on:

Date:
Time:
Location:

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
1. Joseph Marchand, Trustee's Attorney

2. Giuliano Miller & Co., LLC., Accountant,

COMMISSION OR FEES
1. fee: $16,722.00

2. fee: $1,183.00

EXPENSES
1. expenses: $687.07

2. expenses: $17.24

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 18, 2018
JAN: bed

                                          Jeanne Naughton
                                          Clerk