Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 13−22607−ABA
    Chapter: 7
    Judge: Andrew B. Altenburg Jr.
    Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James A Buck
   317 Holly Ave
   Woodbury Heights, NJ 08097

Social Security No.:
   xxx−xx−4662

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. Andrew B. Altenburg Jr. on:

Date:
Time:
Location:

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
1. Joseph Marchand, Trustee's Attorney

2. Giuliano Miller & Co., LLC., Accountant,

COMMISSION OR FEES
1. fee: $16,722.00

2. fee: $1,183.00

EXPENSES
1. expenses: $687.07

2. expenses: $17.24

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 18, 2018
JAN: bed

          Jeanne Naughton
          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 13-22607-ABA
James A Buck                                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2               Date Rcvd: Jul 18, 2018
                              Form ID: 137               Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
```
db             +James A Buck,    317 Holly Ave,    Woodbury Heights, NJ 08097-1116
cr             +Banco Popular North America,    9600 W. Bryn Mawr,    Rosemont, IL 60018-5209
acc            +Giuliano Miller & Co., LLC,    Berlin Business Park,    140 Bradford Drive,
                 West Berlin, NJ 08091-9216
cr             +Toyota Motor Credit Corp,    c/o Buckley Madole PC,    99 Wood Ave South #803,
                 Iselin, NJ 08830-2713
r              +Weichert Realtors - Medford,    107 Taunton Road,    Medford, NJ 08055-3475
514163153       Allied Interstate,    PO Box 631474,    Columbus, OH 43236
513991075       American Express,    PO Box 1270,    Newark, NJ 07101-1270
514245252       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
513991076      +BAC Home Loans,    450 American Street,    #SV416,    Simi Valley, CA 93065-6285
513991077      +Banco Popular North America,    9600 W. Bryn Mawr,    Des Plaines, IL 60018-5209
516113060       ERC/T-Mobile,    PO BOX 23870,    Jacksonville FL 32241-3870
514163152      +Emergency Care Services of NJ,    c/o HRRG,    PO Box 5406,    Cincinnati OH 45273-0001
516201802     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Management, LLC,    1130 Northchase Pkwy,
                 Marletta, GA 30067)
513991079      +Gloucester County Surigical,    163 Bridgeton Pike,    Mullica Hill, NJ 08062-2669
516182537      +MRS Associates,    1930 Olney,    Cherry Hill, NJ 08003-2016
513991080      +Meadowview Landscaping, LLC,    c/o Ronald MacFarland, Esq.,    1778 Route 47,    PO Box 542,
                 Woodbine, NJ 08270-0542
514163148     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NationStar Mortgage,    PO Box 630267,    Irving, TX 75063)
514273500      +Popular Community Bank f/k/a Banco Popular,    Rosner Nocera and Ragone LLP,    61 Broadway,
                 Suite 1900,    New York NY 10006-2706
514163151       Rosner Nocera & Ragone, LLP,    61 Broadway,    Ste. 1900,    New York, NY 10006-2706
514200476     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516200324       SureRecovery PO Box 818,Jackson,NJ08527-0818.,    Focus 1130 Northchase Pkwy,Marietta, GA
514163150     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,    PO Box 8026,
                 Cedar Rapids IA 52408)
514016101       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
513991082       Wells Fargo Bank,    PO Box 5058,    MAC: P6053-021,    Portland, OR 97208-5058
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: jdmarchand@comcast.net Jul 18 2018 23:52:19     Joseph Marchand, Esq.,
                 117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2018 23:51:33     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2018 23:51:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516112844      +E-mail/Text: clientrep@capitalcollects.com Jul 18 2018 23:52:30     Capitol Collections,
                 PO BOX 150,    West Berlin, NJ 08091-0150
513991078       E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2018 23:55:34     GE Capital,    PO Box 960061,
                 Orlando, FL 32896-0061
514163149       E-mail/Text: bankruptcy@td.com Jul 18 2018 23:51:36     TD Bank, NA,    Operations Center,
                 PO Box 1377,    Lewiston ME 04243
                                                                                              TOTAL: 6
```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
acc*           +Giuliano Miller & Co., LLC.,    Berlin Business Park,    140 Bradford Drive,
                 West Berlin, NJ 08091-9216
516264985*      American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
513991081*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
cr            ##+Carol Buck,    13 Turtle Creek Drive,    Mullica Hill, NJ 08062-2808
                                                                                 TOTALS: 0, * 3, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1         User: admin              Page 2 of 2              Date Rcvd: Jul 18, 2018
                             Form ID: 137             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2018 at the address(es) listed below:

      Carrie J. Boyle    on behalf of Debtor James A Buck cboyle@b-vlaw.com, cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net

      Charles G. Wohlrab    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANK OF AMERICA FUNDING CORPORATION 2009-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2009-FT1 cwohlrab@logs.com, njbankruptcynotifications@logs.com

      Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

      Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

      Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

      Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net, jmarchand@comcast.net

      Joseph  Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net, jmarchand@comcast.net

      Joseph  Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com

      Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

      Peter A. Ragone    on behalf of Creditor    Banco Popular North America pragone@rnrlawgroup.com, info@rnrlawgroup.com

      Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

      Thomas G. Egner    on behalf of Debtor James A Buck tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com

      William  Mackin    on behalf of Creditor Carol  Buck wmackin@shermansilverstein.com, ign@shermansilverstein.com

      TOTAL: 14