UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ  08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

**Order Filed on August 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re: | : | Case No. 13-22607/ABA |
| James A. Buck, | : | Final Hearing: |
| Debtor(s) | : | Judge:  Andrew B. Altenburg, Jr. |

### ORDER FOR PAYMENT OF COMPENSATION AND EXPENSES
### TO ATTORNEY FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**.

**DATED: August 23, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):      James A. Buck
Case No:       13-22607/ABA

_____

       Upon consideration of Joseph D. Marchand, Esquire's Application for an Order for payment of Compensation and Expenses to the Attorney for Chapter 7 Trustee, and good cause appearing therefore, it is hereby

       **ORDERED THAT** Joseph D. Marchand, Esquire, as *ATTORNEY for CHAPTER 7 TRUSTEE*, is hereby awarded Compensation in the amount of $16,722.00 and shall be allotted Expenses in the amount of $687.07; for a total award of $17,409.07