UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Donna M. Miller, CPA/CFF, CIRA, CDBV
**GIULIANO MILLER & COMPANY, LLC**
Berlin Business Park
140 Bradford Drive
West Berlin, New Jersey 08091
(856) 767-3000
Accountants for Trustee, Joseph D. Marchand

In re:

   James A. Buck,

         Debtor.

Order Filed on August 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 13-22607/ABA

Chapter 7

Judge: Andrew B. Altenburg, Jr.

## ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC ACCOUNTANTS TO TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 23, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:              James A. Buck

Case No:             13-22607/ABA

Caption of Order:    **ORDER AWARDING FIRST AND FINAL COMPENSATION TO
                     GIULIANO, MILLER & COMPANY, LLC, ACCOUNTANTS TO
                     TRUSTEE FOR PERIOD MAY 9, 2017 THROUGH JUNE 14, 2017**

---

This matter having been opened to the Court by Giuliano, Miller & Company, LLC,
Accountants to the Trustee ("Trustee"), upon application by the terms of which said attorneys
sought an Order of this Court awarding first and final compensation for services rendered herein;
and the Court having reviewed the pleadings submitted, together with representations of the
parties, and upon cause shown:

**NOW, THEREFORE, IT IS ORDERED** that the firm of Giuliano Miller & Company,
LLC, accountants to the Trustee herein, be and is hereby allowed first and final compensation for
services rendered in the sum of $1,183 together with reimbursement of expenses in sum of
$17.24, for a total allowance herein of $1,200.24