UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ  08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

**Order Filed on August 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re: | : | Case No. 13-22607/ABA |
| James A. Buck, | : | Final Hearing: |
| Debtor(s) | : | Judge:  Andrew B. Altenburg, Jr. |

### ORDER FOR PAYMENT OF COMPENSATION AND EXPENSES
### TO ATTORNEY FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 23, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):   James A. Buck
Case No:    13-22607/ABA

---

Upon consideration of Joseph D. Marchand, Esquire's Application for an Order for payment of Compensation and Expenses to the Attorney for Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT** Joseph D. Marchand, Esquire, as *ATTORNEY for CHAPTER 7 TRUSTEE*, is hereby awarded Compensation in the amount of $16,722.00 and shall be allotted Expenses in the amount of $687.07; for a total award of $17,409.07

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                         Case No. 13-22607-ABA
James A Buck                                                   Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Aug 23, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.
db             +James A Buck,    317 Holly Ave,    Woodbury Heights, NJ 08097-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:
              Carrie J. Boyle    on behalf of Debtor James A Buck cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net;J.CR73128@notify.best
              Charles G. Wohlrab    on behalf of Creditor   U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               CERTIFICATE HOLDERS OF BANK OF AMERICA FUNDING CORPORATION 2009-FT1 TRUST, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2009-FT1 cwohlrab@logs.com,   njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor   Toyota Motor Credit Corp
               NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph  Marchand     on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph  Marchand     on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Peter A. Ragone    on behalf of Creditor   Banco Popular North America pragone@rnrlawgroup.com,
               info@rnrlawgroup.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Thomas G. Egner    on behalf of Debtor James A Buck tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com
              William  Mackin    on behalf of Creditor Carol  Buck wmackin@shermansilverstein.com,
               ign@shermansilverstein.com
                                                                                               TOTAL: 14