Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  13–22607–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.
Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James A Buck
   317 Holly Ave
   Woodbury Heights, NJ 08097

Social Security No.:
   xxx–xx–4662

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
## OF HEARING ON APPLICATIONS FOR COMPENSATION
## (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Andrew B. Altenburg Jr. Andrew B. Altenburg Jr. on:

DATE:              September 27, 2018
TIME:              02:00 PM
LOCATION:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:              301,351.36
TOTAL DISBURSEMENTS:         236,060.01
BALANCE ON HAND:             65,291.26

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

---

APPLICANT(S)
Trustee, Joseph D. Marchand

COMMISSION OR FEES
$17,835.17

EXPENSES
$85.40

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: August 27, 2018
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 13-22607-ABA
James A Buck                                                    Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Aug 27, 2018
                             Form ID: 192          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
```
db             +James A Buck,    317 Holly Ave,   Woodbury Heights, NJ 08097-1116
cr             +Banco Popular North America,    9600 W. Bryn Mawr,   Rosemont, IL 60018-5209
acc            +Giuliano Miller & Co., LLC,    Berlin Business Park,   140 Bradford Drive,
                 West Berlin, NJ 08091-9216
cr             +Toyota Motor Credit Corp,   c/o Buckley Madole PC,   99 Wood Ave South #803,
                 Iselin, NJ 08830-2713
r              +Weichert Realtors - Medford,    107 Taunton Road,   Medford, NJ 08055-3475
514163153       Allied Interstate,   PO Box 631474,   Columbus, OH 43236
513991075       American Express,   PO Box 1270,   Newark, NJ 07101-1270
514245252       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
513991076      +BAC Home Loans,   450 American Street,   #SV416,   Simi Valley, CA 93065-6285
513991077      +Banco Popular North America,    9600 W. Bryn Mawr,   Des Plaines, IL 60018-5209
516113060       ERC/T-Mobile,   PO BOX 23870,   Jacksonville FL 32241-3870
514163152      +Emergency Care Services of NJ,   c/o HRRG,   PO Box 5406,   Cincinnati OH 45273-0001
516201802     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Management, LLC,    1130 Northchase Pkwy,
                 Marietta, GA 30067)
513991079      +Gloucester County Surigical,    163 Bridgeton Pike,   Mullica Hill, NJ 08062-2669
516182537      +MRS Associates,   1930 Olney,   Cherry Hill, NJ 08003-2016
513991080      +Meadowview Landscaping, LLC,   c/o Ronald MacFarland, Esq.,    1778 Route 47,   PO Box 542,
                 Woodbine, NJ 08270-0542
514163148     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: NationStar Mortgage,    PO Box 630267,   Irving, TX 75063)
514273500      +Popular Community Bank f/k/a Banco Popular,   Rosner Nocera and Ragone LLP,   61 Broadway,
                 Suite 1900,   New York NY 10006-2706
514163151       Rosner Nocera & Ragone, LLP,   61 Broadway,   Ste. 1900,   New York, NY 10006-2706
514200476     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516200324       SureRecovery PO Box 818,Jackson,NJ08527-0818.,   Focus 1130 Northchase Pkwy,Marietta, GA
514163150     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,    PO Box 8026,
                 Cedar Rapids IA 52408)
514016101       Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
513991082       Wells Fargo Bank,   PO Box 5058,   MAC: P6053-021,   Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: jdmarchand@comcast.net Aug 28 2018 00:08:24    Joseph Marchand, Esq.,
                 117-119 West Broad Street,   PO Box 298,   Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2018 00:07:40    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2018 00:07:37    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516112844      +E-mail/Text: clientrep@capitalcollects.com Aug 28 2018 00:08:34    Capitol Collections,
                 PO BOX 150,   West Berlin, NJ 08091-0150
513991078       E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 00:11:43    GE Capital,   PO Box 960061,
                 Orlando, FL 32896-0061
514163149       E-mail/Text: bankruptcy@td.com Aug 28 2018 00:07:42     TD Bank, NA,   Operations Center,
                 PO Box 1377,   Lewiston ME 04243
                                                                                      TOTAL: 6
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc*           +Giuliano Miller & Co., LLC.,   Berlin Business Park,   140 Bradford Drive,
                 West Berlin, NJ 08091-9216
516264985*      American Express Bank FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
513991081*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
cr            ##+Carol Buck,   13 Turtle Creek Drive,   Mullica Hill, NJ 08062-2808
                                                                          TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Aug 27, 2018
                             Form ID: 192              Total Noticed: 30

            ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
              Carrie J. Boyle    on behalf of Debtor James A Buck cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net;J.CR73128@
               notify.best
              Charles G. Wohlrab    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               CERTIFICATE HOLDERS OF BANK OF AMERICA FUNDING CORPORATION 2009-FT1 TRUST, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2009-FT1 cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp
               NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Peter A. Ragone    on behalf of Creditor    Banco Popular North America pragone@rnrlawgroup.com,
               info@rnrlawgroup.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Thomas G. Egner    on behalf of Debtor James A Buck tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
              William  Mackin    on behalf of Creditor Carol  Buck wmackin@shermansilverstein.com,
               ign@shermansilverstein.com
                                                                                        TOTAL: 14