| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

In Re:

James Buck

Order Filed on September 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 13-22607 |
| Hearing Date: | 9-27-18 |
| Judge: | Altenburg |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: September 27, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

<u>Exhibit F</u>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:                                  :
James Buck,                             :
                                        :
Debtor(s)                               :   Case No. 121/13-22607/ABA

<u>ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES</u>

AND NOW, this _____, day of _____, *2018*, upon consideration of the foregoing Application for Compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of <u>$17,835.17</u> is reasonable Compensation for the services rendered in this case by *<u>JOSEPH D. MARCHAND, ESQUIRE</u>*, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that <u>$85.40</u> is reasonable for actual and necessary Expenses advanced by the Trustee; and that such sums are awarded to the Trustee.

By the Court,

Dated: _____    _____
                                  United States Bankruptcy Judge