UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on September 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James Buck

| | |
|---|---|
| Case No.: | 13-22607 |
| Hearing Date: | 9-27-18 |
| Judge: | Altenburg |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 13-22607-ABA    Doc 157    Filed 09/29/18    Entered 09/30/18 00:35:35    Desc
Case 13-22607-ABA    Doc 150-3    Filed 08/24/18    Entered 08/24/18 15:32:30    Desc
Imaged Certificate of Notice    Page 2 of 3
Unsigned Order Awarding Trustees Compensation and Expenses    Page 1 of 1

Exhibit F

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY
#### CAMDEN VICINAGE

In re:                                    :
James Buck,                               :
                                          :
Debtor(s)                                 :        Case No.  121/13-22607/ABA

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____, day of _____, *2018*, upon consideration

of the foregoing Application for Compensation, and after notice as prescribed by Bankruptcy

Rule 2002 to all parties in interest, it is ORDERED, that the sum of <u>$17,835.17</u> is reasonable

Compensation for the services rendered in this case by *JOSEPH D. MARCHAND, ESQUIRE,*

Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the

Bankruptcy Code; that <u>$85.40</u> is reasonable for actual and necessary Expenses advanced by the

Trustee; and that such sums are awarded to the Trustee.

By the Court,

Dated: _____        _____
                                       United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-22607-ABA
James A Buck                                                           Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Sep 27, 2018
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db            +James A Buck,    317 Holly Ave,    Woodbury Heights, NJ 08097-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
        Carrie J. Boyle    on behalf of Debtor James A Buck cboyle@b-vlaw.com,
     cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
     wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
        Charles G. Wohlrab    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
     CERTIFICATE HOLDERS OF BANK OF AMERICA FUNDING CORPORATION 2009-FT1 TRUST, MORTGAGE PASS-THROUGH
     CERTIFICATES, SERIES 2009-FT1 cwohlrab@logs.com,  njbankruptcynotifications@logs.com
        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp
     NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
     summarymail@standingtrustee.com
        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Joseph Marchand    jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
        Joseph Marchand    on behalf of Trustee Joseph Marchand jdmarchand@comcast.net,
     jmarchand@comcast.net
        Joseph Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,
     jmarchand@comcast.net
        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        Peter A. Ragone    on behalf of Creditor    Banco Popular North America pragone@rnrlawgroup.com,
     info@rnrlawgroup.com
        Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Thomas G. Egner    on behalf of Debtor James A Buck tegner@mcdowelllegal.com,
     kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
     om;mfunk@mcdowelllegal.com
        William Mackin    on behalf of Creditor Carol  Buck wmackin@shermansilverstein.com,
     ign@shermansilverstein.com
                                                                                 TOTAL: 14